# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Chamorro** DOB: 1986; United States<br>**Kimberly Ashly Del Roble-Gabino** DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-06025MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1 (Felony)** On or about September 30, 2021, in the District of Arizona, **Jose Chamorro** and **Kimberly Ashly Del Roble-Gabino**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Adrian Rutilio-Morales; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about September 30, 2021, in the District of Arizona, **Jose Chamorro** and **Kimberly Ashly Del Roble-Gabino**, knowing and in reckless disregard of the fact that certain illegal aliens, including Adrian Rutilio-Morales, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On or about September 30, 2021, in the District of Arizona (Sonoita), a United States Border Patrol Agent (BPA) saw a 2008 Chevrolet Uplander with Arizona Temporary Plate traveling eastbound on SR-82. The BPA followed the vehicle to the rest area near mile marker 32. The BPA suspected that the driver was trying to avoid contact with him when the driver abruptly turned into the rest area at high rate of speed. The driver momentarily lost control of the vehicle. At the rest area, the BPA conducted a consensual encounter with the vehicle. The driver was identified as **Jose Chamorro** and the front passenger as **Kimberly Ashly Del Roble-Gabino**, both U.S. Citizens. Two additional passengers were in the back seat attempting to hide. Both admitted they were in the U.S. illegally, including Adrian Rutilio-Morales.

Material witness Adrian Rutilio-Morales said he had arranged to be smuggled into the United States but doesn't know how much he had to pay. Rutilio admitted crossing the border illegally with one other person. Rutilio said he was guided via cell phone, picked up by a load vehicle, and then dropped off at a white van where he took a nap. Approximately one hour later, a driver and passenger arrived at the van and they drove for about one hour without making any stops. Rutilio identified **Chamorro** as the driver in a photo lineup. Rutilio said that **Chamorro** asked him if he if he had papers and then presented him with a social security card.

In a post-*Miranda* statement, **Chamorro** said that while driving on SR-82, he saw two guys walking on the side of the road, so **Del Roble** told him to pull over and give them a ride. **Chamorro** said that he thought this was suspicious and was apprehensive at first, but he gave them a ride. **Chamorro** said that he asked the two people if they were illegal, and he claims that they responded that they weren't and they presented **Chamorro** with a social security card.

In a post-*Miranda* statement, **Del Roble** said that **Chamorro** picked her up from her house and they went to a community outside Nogales and picked up the two people and began to driver along SR-82. **Del Roble** was in communication with someone through WhatsApp, who was coordinating the whole event and was providing them with directions.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Adrian Rutilio-Morales

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri_____ *Digitally signed by JOSH ACKERMAN Date: 2021.10.01 10:06:55 -07'00'* | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA *Digitally signed by RICARDO ISLAVA Date: 2021.10.01 10:04:53 -07'00'* |
|---|---|
| **Sworn by telephone  x** | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Lynnette C. Kimmins* | DATE<br>October 1, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54